UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15CR0012AGF |
| | ) | |
| JESUS MANUEL ESPINO CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before the Court on Defendant Jesus Manuel Espino Cruz's motions for to quash arrest and suppress evidence [Doc. No. 51]. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Nanette A. Baker.

An evidentiary hearing was held on June 1, 2015 at which the Government presented witnesses. On June 25, 2015, Magistrate Judge Baker issued a Report and Recommendation [Doc. No. 73], recommending that the motion to quash and suppress evidence be denied. Defendant has not filed any objections to the Order, and his time for doing so has passed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Baker set forth in support of her recommended rulings issued on June 25, 2015.

Accordingly,

**IT IS HEREBY ORDERED** that the Order of the United States Magistrate Judge [Doc. No. 73] is **SUSTAINED, ADOPTED, and INCORPORATED** herein, and Defendant's Motion to Quash Arrest and Suppress Evidence [Doc. No. 51] is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2015.